JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Y. Shabestari,<br><br>   Plaintiff,<br><br>  v.<br><br>Fraser Family Properties, LLC, et al.,<br><br>   Defendant(s). | CASE NO. SACV 07-1233-JVS(MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

 IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: July 2, 2008

              _____
                James V. Selna
              United States District Judge